PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TARIQ ARRHAMANN MAJID,<br><br>        Defendant. | 2:19-CR-00008-KJM<br><br>FINAL ORDER OF FORFEITURE |

On or about April 19, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Tariq Arrhamann Majid forfeiting to the United States the following property:

　　　　a. Toshiba Hard Disk Drive, serial number 943BTNQPTYP3;
　　　　b. Digital Video Disks;
　　　　c. Hitachi Hard Disk Drive;
　　　　d. Western Digital My Passport, serial number WXE1A1706YKU;
　　　　e. Toshiba Hard Disk Drive, serial number 943BTNQPTYP3;
　　　　f. Emachine Desktop Tower, serial number PTND5P2002220024773000;
　　　　g. Alienware laptop;
　　　　h. Black and orange SP Armor HDD drive;
　　　　i. Black and green SP Armor HDD drive;
　　　　j. Black and green SP Armor HDD drive;
　　　　k. Black Apple iPhone;
　　　　l. Black USB pen camera; and
　　　　m. All SD cards, compact discs, hard drives, or other electronic storage devices seized from defendant that contain visual depictions of minors engaged in sexually explicit conduct.

Beginning on April 22, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Tariq Arrhamann Majid.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED the 21st day of December, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE